IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| United States of America<br><br>*v.*<br><br>Romeo Ramarizes-Quint Swofford | Criminal Action No.<br><br>1:22-MJ-206-RDC |

**Government's Response in Opposition to Defendant Romeo Ramarizes-Quint Swofford's Motion for Review of Detention Order**

The United States of America, by Kurt R. Erskine, United States Attorney, and Erin N. Spritzer and Annalise K. Peters, Assistant United States Attorneys for the Northern District of Georgia, files this Response in Opposition to Defendant Romeo Ramarizes-Quint Swofford's Motion for Review of Detention Order. For the reasons set forth below, this Court should affirm the detention order, and Defendant should remain in pretrial custody.

## Background

On March 10, 2022, Defendant Romeo Ramarizes-Quint Swofford was arrested and charged in a criminal complaint with conspiring to make false statements to a federally licensed firearms dealer, in violation of 18 U.S.C. § 371, and making false statements to a federally licensed firearms dealer, in violation of 18 U.S.C. § 922(a)(6). (Doc. 1). At Defendant's initial appearance that day, the United States filed a detention motion. (Doc. 9). On March 14, United States Magistrate Judge Linda T. Walker held a combined preliminary and detention

hearing and found by clear and convincing evidence that no combination of release conditions would reasonably assure the safety of others and the community. (Docs. 14, 18). Judge Walker followed U.S. Probation's recommendation and detained Defendant but noted in her order that detention was being ordered "pending verification" of Defendant's proposed custodian, his sister Rasheda Swofford. (*See id.* at 3). That caveat was based on U.S. Probation's report to the Court that Ms. Swofford had a criminal history, despite Ms. Swofford's claims that she did not.

The following day, Defendant's counsel filed a motion for review of the detention order, stating that he did not locate any adult criminal convictions on Ms. Swofford's record and that it appears she has had no contact with law enforcement in the past several years.[1] (Doc. 15 at 2).

## Argument

Defendant's assertions regarding his sister's criminal history should not be taken at face value. Ms. Swofford is not an appropriate custodian, and Defendant should remain in pretrial custody.

Ms. Swofford is 28 years old and has been a defendant in multiple felony cases. In March 2011, she was arrested and later formally charged in Clayton County Superior Court with felony terroristic threats and felony cruelty to

---

[1] Defendant's motion was filed pursuant to 18 U.S.C. § 3145, which provides for review by a district judge. However, the motion appeared to argue for reconsideration, not *de novo* review, based on a contention that the derogatory information about Ms. Swofford reported by U.S. Probation was factually incorrect.

2

children by deprivation of necessary sustenance. (*See* NCIC report at 2-3, attached hereto as Exhibit A; *see also* Clayton County Superior Court Case No. 2011CR01052). The felony charges were dismissed in 2012 only because she completed a pretrial diversion program. (Ex. A at 3).

In November 2015, Ms. Swofford was arrested by the Atlanta Police Department and charged with family violence battery. (*Id.* at 3-4). That charge later expired. (*Id.*).

In October 2016, Ms. Swofford was arrested by the College Park Police Department when officers responded to a 911 call and found that she had thrown boiling water on the father of her eight-month-old baby. (*See* Incident Report, attached hereto as Exhibit B). The father sustained visible burn injuries. (*Id.*). When officers asked Ms. Swofford her name and date of birth, she lied multiple times and gave them her sister's name instead of her own. (*Id.*). Following the arrest, she was formally charged in Fulton County Superior Court with felony escape, aggravated assault, and misdemeanor obstruction. (*Id.* at 4). She took a first offender plea to family violence battery, and the case was sealed following successful completion of first offender probation. However, when interviewed by the U.S. Pretrial Services Officer, Ms. Swofford reported that she has no criminal history.

## Conclusion

Defendant's 28-year-old sister, Rasheda Swofford, is not an appropriate custodian. She has been arrested and charged with crimes of violence on three occasions. During the most recent criminal incident, she threw boiling water on a

man, lied to police about what happened, and lied to police about her identity. Last week, she lied to a U.S. Pretrial Services Officer by claiming that she had no criminal history.   The Court should affirm the detention order, and Defendant should remain in custody pending trial.

                Respectfully submitted,

                KURT R. ERSKINE
                    *United States Attorney*

/s/ERIN N. SPRITZER
        *Assistant United States Attorney*
        Georgia Bar No. 152374
        erin.spritzer@usdoj.gov

/s/ANNALISE K. PETERS
        *Assistant United States Attorney*
        Georgia Bar No. 550845
        annalise.peters@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

March 21, 2022

/s/ ANNALISE K. PETERS

ANNALISE K. PETERS

*Assistant United States Attorney*